# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

NG v. Chertoff et al.

**APPEARANCE**

Case Number:

CA 08 285

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Petitioner, Hiu Lui NG

I certify that I am admitted to practice in this court.

7/29/08

Date

[signature] # 4916

Signature

Randy Olen

Print Name | Bar Number

55 Bradfords Street # 203

Address

Providence | RI | 02903

City | State | Zip Code

401-274-1400

Phone Number | Fax Number