UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Hiu Lui NG
A 73-558-364

Petitioner,

-against-

Michael Chertoff, et al.

Respondents.

Docket #

CA 08 285

**Affidavit of Andy Wong**

I, Andy Wong, being over 18 years of age, do hereby solemnly swear under penalty of perjury that the following statements are true and correct to the best of my knowledge and belief:

1) I am an associate attorney for Mr. Theodore Cox, counsel for Petitioner, Mr. Hiu Lui NG. My business address is 401 Broadway #701, New York, NY 10013.

2) On July 26, 2008, I traveled to the detention facility located in Central Falls, Rhode Island to talk to Mr. Ng.

3) According to a correctional officer, Mr. Ng was unable to walk from his cell to the visitation area. Mr. Ng requested a wheelchair. He was denied a wheelchair or any other assistance.

4) According to a correctional officer, Mr. Ng was medically cleared to walk and was given a cane. The facility insisted that Mr. Ng walk to the visitation area.

5) I requested for wheelchair assistance so that Mr. Ng could be carried down to the visitation area; my request was denied.

6) I requested that I be permitted to go to Mr. Ng's cell to talk to him; that request was denied.

7) I requested to talk to Mr. Ng on the phone, using a telephone booth closer to Mr. Ng's cell; that request was denied.

8) I requested that some documents be delivered to Mr. Ng for his signature; that request was denied.

9) At the direction of the nursing department of the facility, I previously drafted a medical release form for Mr. Ng. Upon information and belief, Mr. Ng signed the medical release form prior to my visit. I requested to have a copy of Mr. Ng's medical record; my request was denied.

10) Since Mr. Ng could not walk to the visitation area, the meeting had to be called off. I was unable to see or talk to Mr. Ng.

7/28/08
Date

Andy Wong

---

State of New York )
County of New York ) Ss.

Subscribed and sworn to (or affirmed) before me on this 28th day of July, 2008, by Andy Wong personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature________________

YI ZHENG
NOTARY PUBLIC, State of New York
No. 02ZH6077031
Qualified in Queens County
Commission Expires July 1, 2010

**CERTIFICATION**

I hereby certify that on this 29th day of July, 2008 a sent a true copy of the within ***Motion*** via first class mail to Michael Chertoff, Secretary, Department of Homeland Security, Washington, DC 20528; John Torres, Director, ICE Office of Detention and Removal, Department of Homeland Security, Washington, DC 20528; Bruce Chadbourne, Boston Field Office Director, ICE Office of Detention and Removal, 10 New England Executive Park, Burlington, MA 01803; Wayne T. Salisbury Jr., Warden, Donald W. Wyatt Detention Facility, 950 High Street, Central Falls, RI 02863; Dulce Donovan, Assistant U.S. Attorney, Civil Division, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903; and Dept. of Homeland Security, District Counsel, J.F.K. Federal Building, Rm. 425, Government Center, Boston, MA 02203.