UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Hiu Lui NG<br>A 73-558-364<br><br>Petitioner,<br><br>-against-<br><br>Michael Chertoff, *et al.*,<br><br>Respondents. | Docket # 1:08-cv-00285-S-DLM |

**Affidavit of Andy Wong**

I, Andy Wong, being over 18 years of age, do hereby solemnly affirm under penalty of perjury that the following statements are true and correct to the best of my knowledge and belief:

1) I am an associate attorney for Mr. Theodore Cox, who is the attorney of record for Petitioner, Mr. Hiu Lui NG, before the U.S. Immigration and Citizenship Services ("CIS") and U.S. Immigration and Customs Enforcement ("ICE").

2) My business address is 401 Broadway #701, New York, NY 10013.

3) I am able to speak English, Mandarin Chinese and Cantonese Chinese fluently.

**Conversation with ICE Officer Larry Smith**

4) On July 30, 2008, an ICE Officer Larry Smith contacted me and informed me that Mr. Ng was transported from Donald Wyatt Detention Facility in Rhode Island to the ICE office located in Hartford, Connecticut in the morning.

5) I spoke to Officer Smith through the speaker phone; Mr. Ng was present.

6) Officer Smith indicated that he intended to discuss Mr. Ng's immigration case with me; he did not explain why Mr. Ng had to be brought to the ICE office in Hartford for that purpose.

7) Officer Smith said that he wanted to resolve the case by either removing Mr. Ng from the United States or "releasing him to the streets."

8) I explained to Officer Smith that Mr. Ng's case currently was pending before the Board of Immigration Appeals ("BIA") after having been remanded by the U.S. Circuit Court of Appeals for the Second Circuit.

9) I also informed Officer Smith that we filed a motion to expedite with the BIA and that the clerk's office of the BIA had indicated that it might take anywhere from six months to one year to adjudicate that motion.

10) Additionally, I told Officer Smith that Mr. Ng was the beneficiary of an approved I-130 petition (petition for alien relative) filed by his U.S. citizen wife and had two U.S. citizen children.

11) I requested that Mr. Ng's request for a wheelchair be granted, given his back and leg injury. Officer Smith informed me that that determination was made by a doctor at the Wyatt Detention Center and that Mr. Ng was not and would not be given a wheelchair.

12) At one point, Officer Smith permitted Mr. Ng to speak to me through the speaker phone but demanded that we conduct the conversation in English.

13) In English, Mr. Ng complained about his back and leg injury and told me that he could not walk. He asked me to help him obtain a wheelchair because he could not otherwise move.

14) He complained that he had been experiencing much pain and nobody was there to help him, especially after he was moved to the HSU (health service unit) because he was housed alone.

15) Mr. Ng expressed his worry that his condition would worsen to the point where he would become completely disable.

16) At this point, Officer Smith interrupted and said that Mr. Ng had to get up and do exercises and that staying in bed would only make his condition worse. He also said that Mr. Ng had to cooperate with the detention facility for purposes of giving him medical treatment.

17) He said that the detention facility had arranged for Mr. Ng to receive a CAT scan the day before, but Mr. Ng refused to get in a wheelchair.

18) Officer Smith further said that Mr. Ng would not be permitted to be examined by an outside doctor.

19) Mr. Ng then told me that he had to be released from the facility within two weeks because he could no longer withstand the suffering inside the facility. He wanted to be released from the facility even if it meant that he were to be removed back to Hong Kong.

20) Officer Smith verified that the ICE was in possession of Mr. Ng's Hong Kong passport and that the passport was still valid. He could not confirm, however, if Mr. Ng will be removed to the United Kingdom, Hong Kong, or elsewhere in China.

21) Officer Smith said that if Mr. Ng decided to be removed from the United States, Mr. Ng would have to withdraw all cases before the BIA. Only after that would the ICE begin to process the removal process.

22) I told Officer Smith that there was no procedural obstacle to remove Mr. Ng because the BIA had not granted an administrative stay of removal. Officer Smith, however, insisted that all matters before the BIA must be withdrawn.

23) At one point, Mr. Ng began to talk to me in Cantonese and tried to tell me about how he was dragged down by five men from his cell to the transportation vehicle in the morning at the Wyatt Detention Center.

24) Officer Smith interrupted and said something to Mr. Ng to the effect that he must speak in English.

25) I asked Officer Smith why the ICE had not conducted a custody review since February of 2008.

26) Officer Smith stated that Mr. Ng was being detained pursuant to INA §241. I said that INA §241 required that a custody review be conducted every 90 days if a person is not removed.

27) Officer Smith said that Mr. Ng was getting an annual review because the BIA had written to his office and requested that Mr. Ng's custody be reviewed annually. He said that another ICE officer, Ms. Mersereau, was responsible for Mr. Ng's custody review. He said that he would ask Officer Mersereau to contact me to discuss Mr. Ng's custody review.

28) When I asked for a copy of the BIA letter in which it requested the ICE to conduct annual review, Officer Smith said that he had to process another detainee and disconnected the call.

**Conversation with Mr. Hiu Lui Ng**

29) About five minutes after the call ended, Mr. Ng's sister, Piu Lui Ng, called the Hartford facility and was able to reach Mr. Ng. I was able to talk to Mr. Ng in Cantonese.

30) Mr. Ng was in a wheelchair in a telephone booth, and ICE officers were not present.

Mr. Ng Was Physically Dragged from His Cell to the Bus at Wyatt Detention Facility despite Facility's Knowledge of Mr. Ng's Injuries

31) Mr. Ng told me what happened that morning when he was forcibly dragged from his cell to the transportation vehicle at the Wyatt Detention Center.

32) Mr. Ng stated that three guards of the Wyatt Detention Center came into his cell in the morning and put one his shoes for him. He stated that the guards put on the shoes in a very rough manner and caused him great pain. In addition, when the guard finished putting on a shoe, he would throw Mr. Ng's foot down to the ground and caused him much pain.

33) Mr. Ng was then given a cane, and two officers lifted up Mr. Ng and carried him on their shoulders. As Mr. Ng was being carried, his leg was dragging on the ground and caused him pain.

34) One of the guards recorded the process with a handheld camera.

35) Mr. Ng was carried to the receiving and discharge area (what Mr. Ng referred to as "IND").

36) An inmate named Roger Gracias was waiting at the IND at that time and saw Mr. Ng being carried to the area. Mr. Gracias knew Mr. Ng because the two were previously housed in the same section – section J-2.

37) Mr. Ng gave the phone to Mr. Gracias, and I was able to talk to him briefly. Mr. Gracias told me that he also was being transported from the Wyatt Detention Facility to Hartford Connecticut that morning because he had to attend a court hearing there.

38) Mr. Gracias was waiting at the IND area and saw Mr. Ng being carried there. He saw that, at one point, Mr. Ng was placed on the ground and was later carried to the bus. Mr. Gracias told me that Mr. Ng was not given a wheelchair when he was carried from the facility to the bus at the Wyatt Detention Center.

39) When they arrived at the ICE office in Hartford, Mr. Gracias saw that Mr. Ng was put on a wheelchair.

40) Mr. Gracias then gave the phone back to Mr. Ng.

41) Mr. Ng further explained to me that from the IND area to the bus, he was lifted off from the ground by five guards. During the process, both of his legs were hurt. At no point in time was Mr. Ng put on a wheelchair when he was at the Wyatt Detention Center.

42) Mr. Ng's hands and legs were bound by shackles. As the guards were dragging and lifting Mr. Ng, they caused bruises on his arms and legs.

Prison Guards Staged for Video Recording

43) Mr. Ng also indicated that the guards were staging for the video recording. He said that the guards told a nurse that Mr. Ng was alright and gave him medication in front of the camera.

44) At one point, Mr. Ng complained that his head was hurt and that he was experiencing great pain. One of the guards told him that it was no use complaining because the camera had been turned off.

45) After Mr. Ng had arrived at the ICE office in Hartford, he was put on a wheelchair.

Mr. Ng's Injuries

46) Mr. Ng also explained to me what happened before.

47) He said that in early July 2008, he was relocated several times. At that time, he already was suffering from back pain.

48) Each time he was relocated, Mr. Ng was required to carry his personal belongings and the mattress that had been assigned to him. Because he was assigned an upper bunk, he was required to lift the mattress above his head and place it on the bed.

49) Also, since there is no ladder access to the upper bunk, it was very difficult for Mr. Ng to climb up and down the bunk bed. Mr. Ng suspected that his back and leg injuries were worsened as a result of the lifting and climbing up and down the bed.

50) When Mr. Ng was prescribed medication, he was required to obtain his medication at a counter that was about 40 to 50 feet away from his cell. When Mr. Ng was unable to walk, he was still required to pick up the medication himself, and the detention facility refused to deliver medication to his cell.

51) Eventually, Mr. Ng became bed-bound and began to experience difficulty even using the bathroom, which is located within his cell.

52) When he was housed in the J-2 section, he had to ask other inmates to bring him food and helped him use the bathroom.

53) At one point, Mr. Ng was unable to take a shower or leave his cell five days in a row.

54) Although Mr. Ng had repeatedly requested for a wheelchair, he was not given one.

Mr. Ng Was Unable to Attend Medical Appointment Due to Denial of Wheelchair

55) On July 26, 2008, I went to visit Mr. Ng but was unable to see him because Mr. Ng could not move without a wheelchair and the facility refused to give him one.

56) Although the facility had denied Mr. Ng wheelchair when I was there, the facility moved Mr. Ng in a wheelchair to a hospital later in the same day. Mr. Ng stated that that was the only time when the Wyatt Detention Center allowed him to use a wheelchair.

57) Mr. Ng stated that he was transported to the hospital located outside of the facility on July 26, 2008 because an MRI scan had been scheduled. When he arrived there, Mr. Ng was told by the doctor that an MRI could not be performed that day because it was a Saturday.

58) The doctor scheduled an MRI scan for Monday. However, no attempt was made to transport Mr. Ng to the hospital on Monday.

59) On Tuesday, the facility attempted to transport Mr. Ng to the hospital for the scan. Mr. Ng reported, however, that he was not granted a wheelchair. Since Mr. Ng could not move without a wheelchair, he was unable to go to the hospital that morning.

Mr. Ng Is Held in Isolated Confinement in New Cell

60) Mr. Ng told me that after the visit to the hospital on Saturday (July 26, 2008), he was relocated to the HSU (health service unit).

61) At the HSU, Mr. Ng was housed alone, and there was a security camera installed inside his cell.

62) At one point, a captain told Mr. Ng that the security camera had been switched off to give him some privacy.

63) Since Mr. Ng currently is being housed alone at the HSU, he is no longer able to receive assistance from other inmates. As a result, he has been unable to call his family since July 26, 2008.

Mr. Ng Is Denied Delivery of Medication

64) Mr. Ng stated that food is delivered to the side of his bed. However, medication is brought only to the outside of his cell. The nurse who brings the medication would ask Mr. Ng to come out to get his medication. Because Mr. Ng is unable to move, he is not able to walk to the door of his cell. As a result, he has not been able to take his medication for an extended period of time.

Mr. Ng Was Denied Communication With Another Inmate Who Also Suffered Back Injury While in Detention

65) Toward the end of the conversation, Mr. Ng remembered that he once talked to an inmate who also suffered from a back injury while he was in detention at the Wyatt Detention Facility. That inmate told Mr. Ng that he had instituted a civil lawsuit against the facility.

66) When the guards learned that Mr. Ng was talking to this inmate, a captain ordered that that inmate was not permitted to talk to Mr. Ng.

7/30/08
Date

Andy Wong

State of New York )
County of New York ) Ss.

Subscribed and sworn to (or affirmed) before me on this 30th day of July, 2008, by Andy Wong personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature______________

YI ZHENG
NOTARY PUBLIC, State of New York
No. 02ZH6077031
Qualified in Queens County
Commission Expires July 1, 2010