(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Hiu Lui NG
Plaintiff(s)

v. Dkt. No. 08-285 S

Chertoff et. al.
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/~~Defendant~~ Hiu Lui NG hereby moves that Joshua Bardavid be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Randy Olen
Print Name

55 Bradford Street Suite 203
Firm and Business Address
Providence, RI 02903

RI Bar ID # 4916

Email: olenlaw@gmail.com

Tel. # 401 274-1400

Fax # (401) 274-2480

**ORDER**

This motion is hereby ✓ GRANTED _____ DENIED

District Judge

Date 7/31/08