**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Hiu Lui Ng,
Petitioner

v. CA:08-285S

Michael Chertoff, et al.
Respondent

**O R D E R**

The Government is hereby ordered to file its response to the Petitioner's "Petition under 28 USC 2241 for Writ of Habeas Corpus by a Person in Federal Custody." Said response will be filed on or before August 11, 2008. Respondent's reply to Government's response shall be filed on or before August 15, 2008.

BY ORDER

Wendy Gaile
DEPUTY CLERK

ENTER:

WESmith
WILLIAM E. SMITH
United States District Judge

DATE: 8/5/08