IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HIU LUI NG<br>Plaintiff<br><br>v.<br><br>MICHAEL CHERTOFF, SECRETARY,<br>DEPARTMENT OF HOMELAND SECURITY,<br>et al.<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO. 08-285S |

**NOTICE OF ENTRY OF APPEARANCE**

I hereby enter my appearance for the United States of America, on behalf of its Defendants, Michael Chertoff, Secretary, Department of Homeland Security, et al. in the above matter.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Richard B. Myrus
RICHARD B. MYRUS
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: richard.myrus@usdoj.gov

+

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of August, 2008, I electronically filed the within Notice of Entry of Appearance with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participant has received notice electronically:

Randy Olenn, Esq.
55 Bradford Street, Suite 203
Providence, RI 02903

/s/ Richard B.Myrus
RICHARD B. MYRUS
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: richard.myrus@usdoj.gov