IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| HIU LUI NG<br>Plaintiff<br><br>vs.<br><br>MICHAEL CHERTOFF, SECRETARY,<br>DEPARTMENT OF HOMELAND SECURITY,<br>et al.<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO.08-285-S |

<u>STIPULATION OF DISMISSAL</u>

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby jointly stipulate to the dismissal with prejudice of the above-captioned action. It is also agreed that each party will bear its own costs, fees, and expenses.

Respectfully submitted,

For the Petitioner,

Hiu Lui Ng

/s/ Joshua Basdavid
JOSHUA BASDAVID ESQ.
401 Broadway #22h
New York, NY
(212) 219-3244

For the Defendants,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Richard B. Myrus
RICHARD B. MYRUS
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5060 (fax)